IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS L. GIEGLER,

    Plaintiff,

  v.

Case No. 18-cv-382-wmc

NANCY STURM, PORCHIA LEWAND,
JEFFREY KREMER,
GINA STANISLOWSKI,
MARK TISHBERG, HETTY FLORES,
ARIC KUBACKI, AND
CARLY ALVEREZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |